UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONETTE CABRERA,

    Plaintiff,

v.                                    Case No. 8:09-cv-1412-T-30TBM

BAYCARE HEALTHSYSTEMS, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Unopposed Motion to Dismiss With Prejudice (Dkt. #67).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Unopposed Motion to Dismiss With Prejudice (Dkt. #67) is GRANTED.

    2.    This cause is dismissed with prejudice.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 18, 2011.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1412.dismiss 67.wpd